LARRY L. BAUMBACH, State Bar No. 50086
LAW OFFICES OF LARRY L. BAUMBACH
686 Rio Lindo Avenue
Chico, CA 95926
Telephone: 530-891-6222

Attorney for PLAINTIFFS
Cherrie and Tony Hazlett

LEONARD G. KRUP, State Bar No. 49572
510 W. Wood Street
Willows, CA 95988
Telephone: 530-798-5022

Attorney for DEFENDANTS
Officers Johnson, Soksoda & Lopeteguy

DENNIS HALSEY, State Bar No. 66091
LAW OFFICES OF DENNIS HALSEY
9 Highland Circle
Chico, CA 95926
Telephone: 530-345-1976

Attorney for DEFENDANTS
Orland Unified School District Employees,
Terry Dean, Chris Von Kleist, Jason Bramson,
Chris Boyles, Kelly Haight, Steve Hiscock, and
Tim Ryan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRIE HAZLETT and TONY HAZLETT,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TERRY DEAN, TRUANT OFFICER; CHRISTOPHER VON KLEIST; JASON BRAMSON; CHRIS BOYLES; KELLY HAIGHT; STEVEN HISCOCK; TIM RYAN;  ORLAND POLICE OFFICER S.J. JOHNSON; ORLAND POLICE OFFICER J.S. SOKSODA; ORLAND POLICE OFFICER Z.L. LOPETEGUY; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants,<br>_____/ | Case No.:   2:12-CV-01782-WBS-DAD<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>**The Honorable William B. Shubb** |

1   The parties have entered into a Settlement Agreement and the matter has been
2 resolved to the mutual satisfaction of the parties.  A Stipulation and Request for Dismissal
3 with Prejudice was filed with this Court on September 19, 2013.
4   The Court finds, adjudges, and orders as follows:
5   The parties Request for Dismissal with Prejudice is GRANTED.
6   IT IS SO ORDERED.
7   Dated:  September 20, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE